IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

　　Plaintiff,

VS                                         CR. NO. 97-20032-H

MICHAEL BETTI

　　Defendant.

CERTIFIED TRUE COPY
ROBERT R. DI TROLIO, CLERK
BY _____
DEPUTY CLERK

## ORDER ON GUILTY PLEA AND SETTING

This cause came on to be heard on February 19, 1997, the United States Attorney for this District appearing for the Government and the defendant, Michael Betti, appearing in person and with counsel, Michael Pleasants, who represented the defendant.

With leave of the Court, the defendant entered a plea of guilty to Count 1 of the criminal information.

Sentencing in this case is SET for Thursday, May 8, 1997 at 10:30 a.m. Case CR. 93-20096 will be dismissed at sentencing.

**ENTERED** this the _____ day of February, 1997.

_____
ODELL HORTON, JUDGE
UNITED STATES DISTRICT COURT

This document entered on docket sheet in compliance with Rule 55 and/or 32 (b) FRCrP on 3/3/97.