# UNITED STATES DISTRICT COURT
## Western District of Tennessee

CERTIFIED TRUE COPY
ROBERT R. DI TROLIO, CLERK
[signature]
DEPUTY CLERK

UNITED STATES OF AMERICA

v.

Case Number CR 97-20032-003-H

MICHAEL BETTI

Defendant.

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, MICHAEL BETTI, represented by Michael Pleasants, Esq.

The defendant pleaded guilty to count 1 of the Criminal Information. Accordingly, the defendant is adjudged guilty of such count(s), involving the following offense(s):

| Title - Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC §1462 & 2 | Use of Common Carrier in Interstate Transportation of Obscene Material | 10/31/1987 | 1 |

As pronounced on 05/08/1997, the defendant is sentenced as provided in pages 2 through 3 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $ 50.00, for count 1, which shall be due immediately.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Signed this the 21 day of May, 1997

This document entered on docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-21-97.

ODELL HORTON
UNITED STATES DISTRICT JUDGE

Defendant's SSAN: 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
Defendant's Date of Birth: 11/11/1956
Defendant's address: 13813 Mary Ann Drive, Garfield Heights, OH 44125